No. 1041. H. M. BYLLESBY & Co. *v.* WELCH. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry L. Jost* for petitioner. *Mr. Paul R. Stinson* for respondent.

No. 931. CERRO DE PASCO COPPER CORP. *v.* UNITED STATES. June 1, 1936. Petition for writ of certiorari to the Court of Claims denied. *Mr. Campbell E. Locke* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Sewall Key* for the United States.

No. 979. DRISCOLL BENEVOLENT ESTATE, LTD. ET AL. *v.* SHIPP ET AL. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Calvin S. Mauk* for petitioners. *Mr. W. I. Gilbert* for respondents.

No. 1002. IRVING TRUST Co., TRUSTEE IN BANKRUPTCY, ET AL. *v.* UNITED STATES ET AL. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. William D. Whitney* and *Irwin N. Loeser* for petitioners. *Messrs. W. B. Stewart* and *James R. Garfield* for respondents.

No. 1005. MARIFIAN *v.* UNITED STATES;
No. 1006. KOLAR *v.* SAME; and
No. 1007. FINK *v.* SAME. June 1, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the